**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JESUS RIVERA

 PLAINTIFF

    VS

ANDREW S TOKAJER, ET AL            CASE NO.  3:22-cv-04921-MCR-EMT

DEFENDANT(S)


**NOTICE REGARDING ADMISSION TO PRACTICE**

**To:**    LARRY KLAYMAN, ESQUIRE
        FREEDOM WATCH INC.
        7050 WEST PALMETTO PARK RD
        BOCA RATON, FL 33433

The above-styled case has been filed in the Northern District of Florida and you are listed as counsel or co-counsel of record for the **PLAINTIFF**. Our records indicate, however, that you are not admitted to the bar of this District. Pursuant to Rule 11.1, you **must** be admitted to practice in the Northern District of Florida.

Please refer to the attorney admission procedures on our website: www.flnd.uscourts.gov. Select "Attorney Admission" from the Attorneys tab and complete the required steps. Non-Florida Bar members must register for pro hac vice admission. If you have any questions regarding admission, contact the Clerk's Office Attorney Admission Clerk at 850-470-8127.

After your admission is complete, you must file a notice of appearance to be listed on the docket as counsel of record and to receive Notice of Electronic Filings.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

April 8, 2022                                           /s/ *Monica Broussard*
DATE:                                                    Deputy Clerk: