**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| JESUS RIVERA | |
| Plaintiff, | Civil Action No.: 3:22-cv-04921 |
| v. | |
| ANDREW S. TOKAJER, et al. | |
| Defendants. | |

## MOTION FOR LEAVE TO AMEND THE COMPLAINT

Plaintiff Jesus Rivera ("Mr. Rivera"), by and through the undersigned counsel, Larry Klayman ("Mr. Klayman"), hereby respectfully requests leave to amend his Complaint, and requests twenty-one (21) days until and including June 24, 2022 to do so. Mr. Klayman has only recently been admitted to practice before this Court, and was thus accorded ECF privileges just yesterday, June 2, 2022.

FRCP Rule 15(a) provides that leave to amend shall be freely given when justice requires. "Leave to amend a complaint should be freely given in the absence of undue delay, bad faith, undue prejudice to the opposing party, repeated failure to cure deficiencies, or futility." *Richardson v. United States*, 193 F.3d 545, 548-49 (D.C. Cir. 1999). The U.S. Supreme Court has declared that "this mandate is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962).

Mr. Rivera seeks to amend in order to moot out any potential issues raised by the Defendants in their pending Motion to Dismiss in order to conserve the resources of the Court and the parties. These issues were caused by the Defendants' removal from the First Judicial Circuit in and for Escambia County to the U.S District Court for the Northern District of Florida. This brief extension will not prejudice any party, as Mr. Rivera has now been able to be

1

represented by counsel in this Court, and this case will be able to proceed expeditiously from this point on.

Dated: June 3, 2022                           Respectfully submitted,

                                  */s/ Larry Klayman*
                                  Larry Klayman, Esq.
                                  Freedom Watch, Inc.
                                  7050 W. Palmetto Park Rd
                                  Boca Raton, FL, 33433
                                  leklayman@gmail.com
                                  561-558-5336

                                  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, June 3, 2022, a copy of the foregoing was filed with the clerk of this Court and served on counsel of record using the Court's ECF procedures.

                                  */s/ Larry Klayman*