IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

JESUS RIVERA
5110 West Fairfield Drive
Pensacola, FL, 32506

    Plaintiff,

v.

ANDREW S. TOKAJER
125 Romana Street
Suite 650
Pensacola, FL 32502

    and

ALEX CHAN
215 Government Avenue
Niceville, FL 32578

    and

CHRISTOPHER A. WRAY,
c/o 935 Pennsylvania Avenue, NW
Washington, DC 20535-0001

    and

UNIDENTIFIED FBI SPECIAL AGENTS
#1 THROUGH #20

    Defendants.

**Case Number: 3:22-cv-04921**

## AMENDED COMPLAINT

    Plaintiff Jesus Rivera. ("Mr. Rivera") brings this action pursuant to *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971) ("Bivens") against Defendants Andrew S. Tokajer ("Tokajer"), Alex Chan ("Chan"), Christopher A. Wray ("Wray") and Unidentified Federal

1

Bureau of Investigation ("FBI") Special Agents #1 – 20 (collectively "Defendants") for violations of his constitutional rights.

## JURISDICTION AND VENUE

1. This Court has federal question jurisdiction over this case pursuant to 28 U.S.C § 1331.

2. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2), (3) in that a substantial part of the events or omissions giving rise to Plaintiff's claims arose in this district

## THE PARTIES

A. Plaintiff

3. Plaintiff Jesus Rivera ("Rivera") is an individual, a natural person, who at all material times was and is now a citizen of Florida and resident of Pensacola, Florida.

4. Rivera graduated high school in 2002, being the first of his mother's family to graduate.

5. On December 13, 2002, Rivera graduated Marine Corps bootcamp.

6. Rivera served his country in Operation Iraqi Freedom and Operation Enduring Freedom, surviving rocket attacks and attacks from improvised explosive devices (IED's).

7. He was honorably discharged from the Marine Corps. in 2012 after 10 years of service.

8. Today, Rivera is active in his local church in Florida (Jubilee), which now faces scrutiny by Defendants.

B. Defendants

9. Defendant Special Agent Andrew S. Tokajer ("Tokajer") is an individual and is being sued individually as a Special Agent for the FBI who operates out of the Pensacola Office

of the Federal Bureau of Investigation ("FBI").

10. Defendant Special Agent Alex Chan ("Chan") is being sued individually as a Special Agent for the FBI who operates out of the Jacksonville Division Office of the FBI.

11. Defendant Christopher A. Wray ("Wray") is being sued as an individual.

12. Defendants include approximately a dozen or more FBI agents in addition to Defendants Chan and Tokajer who raided Rivera's home on January 20, 2021.

13. They are each sued as UNIDENTIFIED FBI AGENTS #1 THROUGH #20, individually.

## STANDING

14. The lead Plaintiff and Members of the Class have standing to bring this action because they have been directly affected, harmed, and victimized by the unlawful conduct of the Defendants complained of herein.

15. Their injuries are proximately related to the conduct of Defendants, each and every one of them, jointly and severally.

## FACTS

A. Background Facts

16. A violation of constitutional rights even for brief periods is redressable and damages are presumed.

17. A violation of individual rights gives rise to individual and personal liability by the government official or agent, including but not limited to the Director of the FBI. *See Trulock vs. Freeh et al, 275 F.3d 391 (4th Cir. 2001).*

18. On January 6, 2021, hundreds of thousands, some have estimated as high as one million, U.S. citizens gathered in Washington, D.C. to exercise their civil and constitutional rights guaranteed under the Florida Constitution to expression of free speech (well-established to

include both verbally spoken and written speech and also expressive action), to peaceably assemble, and to petition their government for redress of grievances.

19. Like major demonstrations before in Washington, D.C., U.S. citizens numbering as high as one million people by some estimates were 99.95% peaceful and law-abiding.

20. Lead Plaintiff Rivera sues on behalf of and asks for the certification of a class, under Fla. R. Civ. P. 1.220 of the Florida Rules of Civil Procedure, consisting of those who were peacefully protesting in Washington, D.C. on January 6, 2021, but who did not commit any crimes or engage in any violence, but who are being terrorized and chilled in the exercise of their rights, harassed, and targeted by these Defendants for peacefully expressing political opinions and ideologies.

21. During December 2020, no later than December 23, 2020, but on information and belief starting much earlier, publicity, marketing, advertising, organizing, and/or recruiting was disseminated throughout the country encouraging U.S. citizens to come to Washington, D.C. on January 6, 2021, for a variety of separate and independent peaceful demonstrations planned for different locations and different times from January 5-6, 2021.

22. Plaintiff Rivera and other similarly situated Members of the Class chose to exercise their constitutionally protected right of free travel to come to speak and associate in Washington, D.C., and participate in the plans for peaceful demonstrations at the U.S. Capitol and the Ellipse near the White House.

23. While there were a few people who chose to enter and engage in acts of violence in the U.S. Capitol, Plaintiff Rivera was not among those involved in any such conduct.

24. All Plaintiff Rivera did was exercise his right to peacefully assemble and protest under the Florida Constitution.

25. After the events of January 6, 2021, Defendant Wray, in an effort to save his own job and for other improper and unlawful reasons, personally ordered the other Defendants to violate the constitutional rights of countless persons who simply happened to be in the District of Columbia, and elsewhere on January 6, 2021, including Plaintiff Rivera.

26. Defendant Wray is directly and personally involved in the commission of the constitutional violations alleged herein as they pertain to Plaintiff Rivera, as well as Members of the Class. Defendant Wray has made public statements threatening Plaintiff Rivera and other Members of the Class:

> "We know who you are if you're out there, and FBI agents are coming to find you."[1]
>
> "My advice to people who might be inclined to follow in the footsteps of those who engaged in the kind of activity we saw last week is stay home….Look at what's happening now to the people who were involved in the Capitol siege."[2]
>
> "Our posture is aggressive. It's going to stay that way though the inauguration. So in that vein, we and our partners have already arrested more than 100 individuals for their criminal activities in last week's siege of the Capitol and continue to pursue countless other related investigations."[3]
>
> **The FBIs Agents, analysts, and professionals alongside our partners have been working around the clock to track down those who participated in the attack to hold them accountable, we've already made over 500 arrests, with more sure to come"**
>
> "...Over the past 3 years we've doubled our domestic terrorism investigations and arrests. In no small part because of the rise in racially and ethically motivated violent extremists, which I elevated to our highest threat priority level back in 2019, and because of the rise in violence from anti-government anti-authority actors over the past year..."[4]

27. While testifying before Congress, Defendant Wray stated that mostly white supremacists (racially motivated violent extremists) are the FBI's top priority. "It is our highest

---

[1] https://www.cnn.com/2021/01/14/politics/fbi-director-wray-us-capitol-suspects/index.html
[2] *Id.*
[3] *Id.*
[4] https://www.youtube.com/watch?v=xBUYTBCqsz0

threat priority level, commensurate with ISIS…and it is certainly true in the last few years the most lethal attacks here in the homeland have been by individuals in that racially motivated extremist category, specifically for advocating for superiority of the white race."[5]

28. In this regard, Defendant Wray and those acting in concert with him have turned the FBI into what is in effect their own personal "Secret Police" or "Gestapo" to target people who were protesting in the District of Columbia on January 6, 2021.

29. As reported by NBC, Defendant Wray and the FBI have even resorted to pressuring, and coercing family and friends of protestors to turn them in. "The FBI has been leaning on spouses, siblings, children and former romantic partners who spotted their loved ones assaulting the Capitol and responded by dropping a dime on them."[6] This is reminiscent of the tactics used by Adolf Hitler's Third Reich prior to and during the Holocaust, when Germans were directed to turn in Jews to the Nazi anti-Semitic government.

30. On information and belief, he is doing so to appease President Joe Biden and Vice President Kamala Harris and his administration, in an effort to save his own job as the Director of the FBI, as well as for other improper reasons.

31. Yet, Defendant Wray's directives and orders have resulted in the constitutional violations of countless people who did not engage in any criminal activity or violence on January 6, 2021, including Plaintiff Rivera and Members of the Class.

B. Facts Pertaining to Violations of Plaintiff Rivera's Constitutional Rights

32. On the morning of January 20, 2021, starting at approximately 7:30 AM local time in Northern Florida, the home of Plaintiff Rivera in Pensacola was raided by more than a

---

[5] https://www.courthousenews.com/fbi-treats-white-supremacists-like-isis-except-when-it-doesnt/
[6] https://www.nbcnews.com/news/amp/ncna1254597#aoh=16261485808812&referrer=https%3A%2F%2Fwww.google.com&amp_tf=From%20%251%24s

dozen heavily armed FBI agents, possibly as many as 20 he recalls.

33. The FBI agents came in forcibly with guns drawn.

34. The team of about a dozen identified themselves as with the FBI.

35. The apparent leaders of the dozen heavily-armed FBI agents identified themselves as Special Agent Andrew S. Tokajer and Special Agent Alex Chan of the FBI's Jacksonville Field Office.

36. During the January 20, 2021, intrusion and search of Rivera's home that morning, FBI Special Agent Alex Chan did most of the talking.

37. FBI Special Agent Andrew S. Tokajer and FBI Special Agent Alex Chan were in charge of the actions of the FBI agents on scene at Rivera's home.

38. In the home at the time with Rivera were his sister-in-law, Angelica and brother-in-law Taylor.

39. Notably, the FBI made no attempt to simply ask Rivera for an interview but woke up the residents early in the morning and barged into the house.

40. FBI Special Agent Andrew S. Tokajer and FBI Special Agent Alex Chan, along with other FBI agents broke into the house and forcefully handcuffed Rivera immediately and sat him onto the couch.

41. On information and belief, the warrant was obtained by Defendants through intentional lies if not outright fraud, since, as set forth and shown below, there was absolutely no probable cause to suspect Plaintiff Rivera of having committed any crime.

42. Defendants Chan and Tokajer, on information and belief, personally perpetrated the fraud in order to obtain a warrant without probable cause.

43. Rivera previously on January 8, 2021, sent in his video footage from the January

6, 2021 Capitol gathering, to show compliance with law enforcement.

44. Rivera was escorted outside and put into the FBI vehicle.

45. Meanwhile, the other FBI agents searched the entire house and collected items they took from around the house onto the kitchen table.

46. Rivera's wife asked for the warrant several times but did not receive it until after the FBI agents were finished clearing the home.

47. The FBI agents then moved the Plaintiff Rivera to the FBI building in downtown Pensacola.

48. After the arrest, the FBI and other Defendants published an article asserting that Plaintiff Rivera is going to be held accountable for his violent crimes at the Capitol, disregarding the fact that not one of his alleged charges were violent crimes.

49. After Rivera was released, the evening of January 20, 2021, he was instructed not to leave his physical location. He was assigned an FBI appointed parole officer for weekly check-ins and was ordered to take a drug test.

50. The FBI agents seized and removed, as shown in the "Receipt for Property" numbered 266O-JK-3373300 and dated January 20, 2021 (these being the minimal explanations on the form):

      a) White iPad with case serial number DMPCF5UHLMV8
      b) "G" External Hard Drive w/card serial number WXKIEA8ED270
      c) I-Buy power CPU t-sones serial number ending in F90E7F811
      d) Sony Digital Camera A7S serial number 3415868
      e) Sandisk 52G SD Card serial number BM1331522941
      f) Sandisk 52G Extreme SD Card serial number BM18194508202
      g) Sandisk 52G Extreme Plus Micro SD serial number 8291ZPE562JJ
      h) Foresee Micro SD 16G serial number Y18G…
      i) Red/Black plaid fleece button down
      j) Black Samsung cell phone
      k) iPhone 10 in a black otterbox case

51. This "Receipt for Property" numbered 266O-JK-3373300 is signed by Defendant Chan.

52. The descriptions by the FBI on "Receipt for Property" numbered 266O-JK-3373300 are inadequate to identify the property seized (except for the computer with serial number) and the seizure is unreasonable and improper for that reason as well, notwithstanding the lack of probable cause for the search and seizure.

53. Rivera, through counsel, has demanded the immediate return of these items unlawfully seized without probable cause from Rivera's home, but Defendants have refused to comply, causing continuing severe damage to Plaintiff.

54. Today's computer technology and techniques provides for the quick creation of a "mirror image" of any data storage, in which the entire contents of a computer hard drive, or thumb drive or other data storage device are duplicated or cloned entirely.

55. A "mirror image" is not merely a copy of data but an exact duplicate in which all aspects of the device is precisely copied, including the unseen internal structure and indices and deleted data blocks or sectors.

56. Rivera's electronic devices cannot provide any evidentiary value apart from the data that a mirror image would preserve, even were there probable cause to search them, which there was not.

57. Therefore, the Defendants, could have and can immediately return Rivera's property after making "mirror images" of the data storage devices in less than a few hours, even assuming any legitimacy to the seizure.

58. Even assuming that the search and seizure was proper, which it was not, the Defendants have no legal basis to deprive the Plaintiff of his property and his data stored on

them.

59. Concerning the incursion of FBI agents into his home on January 20, 2021, Rivera explains: "As a Marine Corps. Veteran, I felt completely betrayed by my own country."

60. Chan then asked the Plaintiff Rivera what he was doing in Washington D.C., and he responded, "This was the last time that President Trump was going to able to speak to the public as President and that he wanted to witness that."

C. <u>Facts Pertaining to Plaintiff Being Previously Targeted Due to His Political Beliefs</u>

61. It is now well-established that most U.S. Capitol Police at some entrances cheerfully welcomed the demonstrators in through some entrances of the U.S. Capitol on January 6, 2021, the U.S. Capitol being normally a public building.

62. Because the U.S. Capitol building is known nationwide as a public building that is normally open to and welcoming the public, known as "the People's House," many citizens who do not live in Washington, D.C., innocently assumed that they could enter the building, as they have described in news media interviews.

63. Indeed, for the same reason, it appears that most members of the U.S. Capitol Police also believed that the public should be welcomed and invited in to "the People's house."

64. It is now well-established that most of the people who peaceably entered the U.S. Capitol and/or were welcomed into the building carefully walked within the velvet crowd-control ropes and did not stray out of the marked walkways, took selfie photographs sometimes with members of the U.S. Capitol Police, and generally acted as peaceable, innocent, wide-eyed tourists sight-seeing in the building.

65. The actions of many of the U.S. Capitol police welcoming and inviting people into the building defeat any charge of trespass or similar statutes and render those being inside

the building innocent unless they committed some other alleged crime and/or broke in through other entrances where they were not welcomed in.

66. These unconstitutional and illegal actions as pled herein are being repeated across the country in against nearly anyone who attended the mostly peaceful demonstration in Washington, D.C., on January 6, 2021, sowing fear among Florida and U.S. citizens who peacefully exercised their constitutional rights to petition their government, associate, and express their viewpoints for an honest government.

67. Ever since January 20, 2021, Rivera has been placed wrongful on the Department of Transportation Security Administration's flight security list and has been unable to get on airplanes without going through around 45 minutes of extended security.

## **CLASS ALLEGATIONS**

68. Plaintiff Rivera and Members of the Class bring this lawsuit on behalf of the following proposed class (the "class") consisting of those Florida and other U.S. citizens who were in the District of Columbia on or about January 6, 2021 to peacefully protest and who did not commit any crimes or engage in any violence, but like him are being terrorized, chilled in the exercise of their constitutional rights of Free Speech including expressive conduct, peaceable assembly, and petition to the government for redress of grievances, harassed, investigated and targeted by these Defendants for peacefully expressing political opinions disliked by the political and federal judicial elitists, through Defendants' campaign of intimidating search warrants and even arrests, having their residence and personal effects illegally searched and seized without probable cause and without due process and equal protection of the law.

69. Subject to additional information obtained through further investigation and discovery, the foregoing definition of the Members of the Class may be expanded or narrowed

by amendment or amended complaint.

70. <u>Numerosity</u>. The Members of the class are so numerous that individual joinder is impracticable. Upon information and belief, Plaintiff and the Members of the Class allege that the class contains hundreds if not thousands of Members of the Class. Although the precise number of Putative Class Members is unknown to Plaintiff and the class, the true number of Putative class Members is known by Defendants, and thus, may be notified of the pendency of this action by first class mail, electronic mail, social media, and/or published notice.

71. Existence and predominance of common questions of law and fact. Common questions of law and fact exist as to all Members of the Class and predominate over any questions affecting only individual Putative class Members of the Class. These common legal and factual questions include, but are not limited to, the following:

    a)     Unconstitutional searches and seizures of their residences, property, and/or papers.

    b)     A failure of probable cause for searches and seizures.

    c)     A failure of due process for searches and seizures.

    d)     Defendants' intent to silence, intimidate, and chill the people's expression of opinions that the Defendants and political elites don't want to be heard.

    e)     Gathering legally in the U.S Capitol area on or about January 6, 2021, pursuant to the permission granted through a permit for the gathering apparently issued by the U.S. Capitol Police.

    f)     The Defendants' attempt to intentionally confuse peaceful protestors who gathered on or about January 6, 2021, in the U.S. Capitol area with the extremely small percentage who are alleged to have committed trespassing, the smaller percentage who are alleged to have committed property damage, and the even smaller percentage who are alleged to have assaulted the Capitol.

    g)     Handcuffing, frightening, and humiliating persons not charged with any crime during execution of a search warrant for information.

72. <u>Typicality</u>. Plaintiff's and the class's claims are typical of the claims of the other Members of the Class.

73. <u>Adequacy of representation</u>. Plaintiff and Members of the Class will fairly and adequately protect the interests of the other Members of the Class. Further, Plaintiff and Members of the Class have had no interests that are antagonistic to those other Members of the Class.

74. <u>Superiority</u>. A class action is superior to all other available means for the fair and efficient adjudication of this controversy. Aside from the intangible deprivation of constitutional rights, the damages or other financial detriment suffered by individual Putative Class Members are relatively small compared to the burden and expense that would be entailed by individual litigation of their claims against Defendants.

**CAUSES OF ACTION**

**FIRST CAUSE OF ACTION**
***(Bivens – First Amendment Retaliation)***
**Against All Defendants**

74. Plaintiff repeats and re-alleges all of the previous allegations of the entirety of this Complaint, including in other causes of action, and incorporate them herein in support of this count with the same force and affect, as if fully set forth herein again at length.

75. The Defendants, acting in concert, broke into Rivera's residence at around 7:30 AM on January 20, 2021 to chill, silence, and retaliate against the exercise of free speech by Reiveraand other U.S. citizens that disagree with the viewpoints and agendas of elected officials and prevailing thought in the political world and to intimidate citizens from expressing their political opinions.

76. The Defendants, acting in concert, broke into Rivera's residence at around 7:30

13

AM on January 20, 2021, to intimidate by Rivera and other U.S. citizens from exercising their right to peaceably assemble if their viewpoints disagree with the prevailing thoughts and consensus among political elites.

77. The Defendants, acting in concert, broke into Rivera's residence at around 7:30 AM on January 20, 2021, to intimidate by Rivera and other U.S. citizens from petitioning their government for redress of grievances if their viewpoints disagree with the prevailing thoughts and consensus among political elites.

78. Defendants' actions against Rivera and others similar situated were acts of threat and intimidation to warn U.S. citizens to conform and obey to an all-powerful government establishment.

79. Plaintiff Rivera and those similarly situated have the civil and constitutional rights as guaranteed by the First Amendment of the U.S. Constitution to free expression of ideas, most of all for criticism of their elected leaders and governmental servants, of peaceable assembly, and to petition their government for redress of grievances.

80. The Defendants, acting in concert, are retaliating against and seeking to further retaliate against the Plaintiff Rivera and those similarly situated for their expression of political viewpoints at the January 6, 2021 demonstrations in Washington, D.C.

81. By contrast, Defendants, acting in concert, allowed a year of violent left-wing riots, insurrection, arson, attempted murder, murder, assault and battery to burn out of control across the country, including in Washington, D.C., as radical revolutionaries and self-described trained Marxists pursued baseless and unfounded conspiracy theories and violent actions

82. The tolerance of the Defendants to the year of insurrection from leftist anarchists, who as just one example repeatedly attacked a federal courthouse and attempted to burn the

federal courthouse down with judicial personnel inside, contrasted with the Defendants actions in this case demonstrate malice and highlight that the actions and motivations of the Defendants, acting in concert, are improper motivations and actions of political retaliation against the Plaintiff and those similarly situated.

83. The totality of the circumstances demonstrates that the Defendants are not motivated to enforce the law but instead to persecute political opinions of persons with whom they disagree.

84. These violations are compensable under *Bivens v. VI Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

85. The Defendants, acting in concert, are being sued in their individual capacities.

86. The actions complained of by the Defendants were violations of the Plaintiffs' constitutional rights.

87. By reason of the wrongful conduct of the Defendants, each and every one of them, jointly and severally, Plaintiff has suffered harm in the form of having his First Amendment rights violated, his personal, business and property rights have been violated, and his and his freedom of speech and association have been severely comprised and curtailed, guaranteed to Plaintiff and other members of the class under the U.S. Constitution.

**SECOND CAUSE OF ACTION**
*(Bivens – Fourth Amendment Violation)*
*Against All Defendants*

88. Plaintiff repeats and re-allege all of the previous allegations of the entirety of this Complaint, including in other causes of action, and incorporate them herein in support of this count with the same force and affect, as if fully set forth herein again at length.

89. Plaintiff enjoys the right to be free from unreasonable searches and seizures, as

guaranteed by the Fourth Amendment to the U.S. Constitution.

90. Plaintiff enjoys the right to be free of the issuances of warrants without probable cause.

91. Defendants, acting under color of federal authority and in concert, violated Plaintiff Rivera's Fourth Amendment rights by seizing Rivera and interrogating him in the early morning of January 20, 2021, with an armed team of FBI with guns drawn.

92. Defendants, acting under color of federal authority and in concert, violated the Fourth Amendment rights of Plaintiff Rivera by searching Plaintiff's home and seizing his possessions without probable cause and/or other legal justification.

93. Defendants acted knowingly, willfully and/or maliciously, and with the specific intent to deprive Plaintiff of his constitutional rights, and/or with deliberate indifference to Plaintiff's constitutional rights.

94. As a direct and proximate result of the violation of Plaintiffs' constitutional rights, Plaintiffs suffered damages and the loss of his constitutional liberties.

95. These violations are compensable under *Bivens v. VI Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

96. The Defendants, acting in concert, are being sued in their individual capacities.

97. The actions complained of by the Defendants were violations of the Plaintiffs' constitutional right.

98. By reason of the wrongful conduct of the Defendants, each and every one of them, jointly and severally, Plaintiff has suffered harm in the form of having his Fourth Amendment rights violated, his business and property rights have been violated, and his freedom

of speech and association have been severely comprised, guaranteed to Plaintiff under the U.S. Constitution.

## PRAYER FOR RELIEF

WHEREFORE, lead Plaintiff Rivera respectfully requests the certification of a class consisting of those who like him are being terrorized, chilled in the exercise of their rights, harassed, investigated and targeted by these Defendants, each and every one of them as joint tortfeasors, for peacefully expressing political opinions disliked by federal government establishment elitists, through Defendants' campaign of intimidating and illegal search warrants and even arrests. These same Defendants look the other way from actual insurrection, arson, violence, rioting, murder, attempted murder, assault and battery, destruction of government property, and more from those they agree with.

Plaintiff Rivera and Members of the Class prays for relief and judgment against each of the Defendants, jointly and severally, as follows: general damages, special damages, pre-judgment and post-judgment interest as allowed by law in excess of $30,000.00, costs of suit incurred herein, in an aggregate amount to be determined by the jury, any other further relief the Court deems just and proper, for the illegal, unconstitutional and intentional and malicious acts of the Defendants, each and every one of them, acting in concert, against Plaintiff and the other Members of the Class.

Moreover, Plaintiff Rivera requests the issuance of preliminary and permanent injunctions ordering the immediate return of the Plaintiff's property and the property of the other Members of the Class, preliminary and permanent injunctions to restrain the intimidation and chilling of the constitutional rights of himself and the other Members of the Class, and preliminary and permanent injunctions for the immediate removal of all data and profiles

associated with a watch list concerning national security and foreign and so-called domestic terrorism.

## DEMAND FOR JURY TRIAL

**Plaintiff and the other Members of the Class demand a trial by jury on all counts as to all issues and counts so triable.**

DATED: June 24, 2022

Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
Fla. Bar # 246220
7050 W. Palmetto Park Rd
Boca Raton FL 33433
Email: leklayman@gmail.com
Phone: 561-558-5336

*Counsel for Plaintiff*