IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JESUS RIVERA,**

        **Plaintiff,**

v.                                                       Case No.: 22-4921-MCR-EMT

**ANDREW S. TOKAJER,** *et al.*

        **Defendants.**

### DEFENDANTS' NOTICE OF FILING

Pursuant to Local Rule 7.2(A) and this Court's May 6, 2022, Order (ECF No. 9), Defendants hereby attach for filing in this removed case 184 pages of the certified state court record plus the cover pages from the Clerk of the Circuit Court for Escambia County.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney
        General, Civil Division

C. SALVATORE D'ALESSIO, JR.
Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel
Torts Branch, Civil Division

*/s/ Paul C. Quast*
PAUL C. QUAST
CO Bar #49154
Trial Attorney
Constitutional & Specialized Tort Litigation
Torts Branch, Civil Division
Department of Justice
175 N Street, NE, Room 7.1815
Washington, D.C. 20002
(202) 616-4150
paul.c.quast@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the above document was served upon the attorney of record for each other party by means of the District Clerk's CM/ECF electronic filing system on September 23, 2022.

*/s/ Paul C. Quast*
PAUL C. QUAST
